# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KEVIN SCHMUDE

        Plaintiff,                        Case No. 07 CV 457

v.

TRICAM INDUSTRIES, INC., ACE
GROUP HOLDINGS, INC. and SENTRY
INSURANCE, a Mutual Company

        Defendants.

## ORDER APPROVING THIRD-PARTY SETTLEMENT

Upon reviewing the Stipulation of the parties and the materials filed herein, and being fully advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1. That the third-party settlement as set forth in the Stipulation Approving Distribution Pursuant to Sec. 102.29, Wis. Stats., dated March 9, 2009, is hereby approved.

Dated this  11th  day of March, 2009.

                        BY THE COURT:

                        s/ William C. Griesbach
                        Hon. William C. Griesbach
                        United States District Court
                        Eastern District of Wisconsin